ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALVI YOFREIDIS GIL RODRIGUEZ, | No. 2:26-CV-01359 DC SCR |
| Petitioner, | **[PROPOSED] ORDER LIFTING NO TRANSFER ORDER [ECF 4]** |
| v. | |
| WARDEN, California City, *et al.*, | |
| Respondents. | |

Respondents have presented the Court with a final order of removal and travel document for Petitioner.  Accordingly, the Court lifts the Order (ECF 4) prohibiting Respondents from transferring Petitioner out of the Eastern District of California.  Respondents may transfer Petitioner out of the Eastern District of California for the purposes of effectuating the final order of removal.

It is so ORDERED

DATED: May 6, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE